IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

DEMETRIA FALLS, MILDRED B. WILSON,
ORLANDO THOMAS ON BEHALF OF
THEMSELVES AND ALL OTHERS SIMILARLY
SITUATED                                                                                   PLAINTIFFS,

VS.                                                    CIVIL ACTION NO.: 4:06-CV-69

CAPITAL ONE BANK AND CAPITAL
ONE, F.S.B.,                                                                               DEFENDANTS.

## AGREED ORDER EXTENDING TIME FOR DEFENDANTS TO FILE RESPONSIVE PLEADING TO PLAINTIFFS' SECOND AMENDED COMPLAINT

Plaintiffs Demetria Falls, Mildred B. Wilson, and Orlando Wilson and the Defendants identified in the Complaint as Capital One Bank and Capital One, F.S.B., have agreed for a ten-day extension of time for Capital One to file a responsive pleading to Plaintiffs' Second Amended Complaint. Plaintiffs and Capital One seek to extend the time for Capital One to file its responsive pleading until November 20, 2009. By this extension, Capital One does not waive any claim, defense, or other right that it may possess.

It is therefore, **ORDERED, ADJUDGED, and DECREED** that the Capital One's time to file its response to Plaintiffs' Second Amended Complaint in this case is hereby extended until November 20, 2009.

So ordered this 17th day of November, 2009.

/s/David A. Sanders_____
DAVID A. SANDERS
UNITED STATES MAGISTRATE JUDGE